B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re   Joseph Charles Loomis                          Case No.   2:10-bk-01885
                              Debtor(s)                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Intersections<br>3901 Stonecroft Blvd.<br>Chantilly, VA 20152 | Neal Dittersdorf<br>Intersections<br>3901 Stonecroft Blvd.<br>Chantilly, VA 20152<br>703-488-6100 | Settlement | Disputed | $7,000,000 |
| Bryan Cave & Associates<br>1155 F Street, N.W.<br>Washington DC 20004 | Rodney Page<br>Bryan Cave & Associates<br>1155 F Street, N.W.<br>Washington DC 20004<br>202-508 6002 | Legal Fees | Disputed | $199,626.75 |
| Hunter,Humphrey & Yavitz<br>2633 E Indian School Rd, #440<br>Phoenix, AZ 85016 | Candess J. Hunter<br>Hunter,Humphrey & Yavitz<br>2633 E Indian School Rd , #440<br>Phoenix, AZ 85016<br>602-275-7733 | Legal Fees | Disputed | $95, 187.40 |
| American Express<br>PO Box 981532<br>El Paso, TX 79998 | Customer Service<br>American Express<br>PO box 981532<br>El Paso, TX 79998<br>1-800-492-8468 | Debt due to living expenses | | $4,613.30 |

B4 (Official Form 4) (12/07) - Cont.
In re   Joseph Charles Loomis                                    Case No.   2:10-bk-01885
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sensei Enterprises, Inc. 3975 University Drive, Suite 225 Fairfax, VA 22030 | Jesse M. Lindmar Sensei Enterprises, Inc. 3975 University Drive, Suite 225 Fairfax, VA 22030 703-359-0700 | Litigation expense | | $6,070.31 |
| Citi-Mortgage PO Box 6006 The Lakes, NV 88901-6006 | Beth A Schwent Citi-Mortgage PO Box 6006 The Lakes, NV 88901-6006 1-866-713-4785 EXT 27661 | Bank loan | | $80,600.00 (approximately) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joseph Charles Loomis, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  1/27/10                                  Signature  /s/ Joseph Charles Loomis
                                                          Joseph Charles Loomis
                                                          Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.