40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Gerald K. Smith, State Bar No: 001428
Direct Dial: (602) 262-5348
Direct Fax: (602) 734-3834
EMail: gerald@smithandsmithpllc.com

Proposed Attorneys for Debtor
*Joseph Charles Loomis*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter: 11 |
| JOSEPH CHARLES LOOMIS, | Case No. 2:10-bk-01885 |
| Debtor, | **EX PARTE APPLICATION TO EMPLOY CAMERON MCEVOY PLLC AS ATTORNEYS FOR DEBTOR EFFECTIVE AS OF JANUARY 22, 2010** |

Joseph Charles Loomis, "Debtor in Possession" or "Debtor," through his counsel, requests that this Court enter an order authorizing him to employ Cameron McEvoy PLLC, as attorneys for Debtor in connection with the disputes with and lawsuit filed by Intersections, Inc. and Net Enforcers, Inc. ("Disputes"), and respectfully represents to the Court as follows:

1.  On January 26, 2010, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court, District of Arizona.

2.  Debtor has continued in possession of his property.

3.  Debtor wishes to employ Cameron McEvoy PLLC, a professional limited liability company, engaged in the practice of law, as his attorney in connection with the Disputes. Debtor has selected Cameron McEvoy PLLC for the reason that Mr. Timothy J. McEvoy and the firm have considerable experience in matters of this nature and are well qualified to represent Debtor in the Disputes. The engagement letter was signed on

1. January 22, 2010, and the requested retainer of $200,000 was funded on January 22, 2010, by Debtor prior to the filing of the Chapter 11 case on January 26, 2010.

4. The services of Cameron McEvoy PLLC are outlined in its January 22, 2010, engagement letter attached as **Exhibit 1**.

5. Debtor desires to employ Cameron McEvoy PLLC under a general retainer because of the extensive legal services required. The principal attorney working on the matter will be Timothy J. McEvoy who will bill at $375 per hour. Mr. J.P. Sherry may also be involved in staffing the case and he will bill at $275. The firm will apply for allowance of its fees and costs, and will accept as compensation such amounts as are awarded by the Court.[1]

6. Cameron McEvoy PLLC is not aware of any connection of the firm, its partners, or employees with any other party in interest, their attorneys, accountants, or the office of the U.S. Trustee or its employees.

WHEREFORE, it is respectfully requested that the Debtor and Debtor in Possession be authorized to employ Cameron McEvoy PLLC pursuant to the terms of its January 22, 2010 engagement letter to represent Debtor and Debtor in Possession in connection with its Disputes with Intersections, Inc. and Net Enforcers, Inc., including in the pending litigation.

Dated this 10th day of February 2010.

/s/ Gerald K. Smith (#001428)
Gerald K. Smith
Email: gerald@smithandsmithpllc.com
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Telephone: (602) 262-5348
Facsimile: (602)-734-3834

*Proposed Attorneys for Debtor In Possession*

---

[1] As an accommodation to Mr. Loomis, counsel have agreed to work at the rates set forth herein rather than the rates set forth in the retainer agreement.