40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Gerald K. Smith, State Bar No: 001428
Direct Dial: (602) 262-5348
Direct Fax: (602) 734-3834
EMail: gerald@smithandsmithpllc.com

Attorneys for Debtor
*Joseph Charles Loomis*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In Re:

JOSEPH CHARLES LOOMIS,

              Debtor,

Chapter: 11

Case No. 2:10-bk-01885

**APPLICATION FOR LIMITED ADMISSION**

Applicant, Timothy J. McEvoy, hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bars of the United States District Court for the Eastern and Western Districts of Virginia, the United States District Court for the District of Maryland, the Fourth Circuit Court of Apppeals, the Supreme Court of the Commonwealth of Virginia, the Court of Appeals of Maryland, and the Supreme Court of the United States. I have been retained by Joseph Charles Loomis to appear in this court in this action; I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: (1) do not reside in Arizona; (2) am not regularly employed in Arizona; and (3) am not regularly engaged in the practice of law in Arizona.

2158316.1

1 | I further declare under penalty of perjury that I have not previously filed
2 | Application(s) for Limited Admission or Pro Hac Vice Application(s) with this court.
3 | I hereby designate Gerald K. Smith, a member of the bar of this court who
4 | maintains an office in this district and who has consented to this designation, as co-counsel
5 | with whom the court and opposing counsel may readily communicate regarding the
6 | conduct of the case.

DATED March 3, 2010

Timothy J. McEvoy
Cameron McEvoy PLLC
11325 Random Hills Road, Suite 200
Fairfax, Virginia 22030
Telephone: 703-273-8898
Facsimile: 703-273-8897
Email: tmcevoy@cameronmcevoy.com

2158316.1

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

DATED: March 4, 2010

*/s/Gerald K. Smith*
Gerald K. Smith
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004
Telephone: 602-262-5348
Email: gerald@smithandsmithpllc.com

NOTE: There is no fee required for the filing or granting of this application.

2158316.1