40 North Central Avenue, 19th Floor
Phoenix, Arizona 85004-4429

Gerald K. Smith, State Bar No: 001428
Direct Dial: (602) 262-5348
Direct Fax: (602) 734-3834
EMail: gerald@smithandsmithpllc.com

Attorneys for Debtor
*Joseph Charles Loomis*

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 08, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Chapter: 11 |
| ) | |
| JOSEPH CHARLES LOOMIS, ) | Case No. 2:10-bk-01885 |
| ) | |
| Debtor, ) | **ORDER RE APPLICATION FOR** |
| ) | **LIMITED ADMISSION** |
| ) | |
| ) | |
| _____) | |

The Application for Limited Admission of Timothy J. McEvoy [DE 60] came before the Court for consideration, good cause appearing, it is:

Ordered, based upon the application and consent the Applicant is hereby permitted to appear and participate in this action as counsel for Joseph Charles Loomis.

DATED AND SIGNED ABOVE