**HUNTER, HUMPHREY & YAVITZ, PLC**
2633 E. Indian School Rd., Suite 440
Phoenix, Arizona 85016
Telephone: (602) 275-7733
Email: stacey@hhylaw.com
Randy Yavitz (No. 006624), randy@hhylaw.com
Candess J. Hunter (No. 015114), hunter@hhylaw.com
Isabel M. Humphrey (No. 015820) isabel@hhylaw.com

Attorneys for Creditor Hunter Humphrey & Yavitz PLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 11 |
|---|---|
| JOSEPH CHARLES LOOMIS, | Case No. 2:10-bk-01885 |
| Debtor, | **CREDITOR HUNTER HUMPHREY & YAVITZ, PLC'S JOINDER IN JOSEPH C. LOOMIS' MEMORANDUM IN OPPOSITION TO MOTION FOR ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY** |

Creditor Hunter Humphrey & Yavitz, PLC hereby joins in Joseph C. Loomis' Memorandum in Opposition to Motion for Order Granting Limited Relief from Automatic Stay.

DATED this 15th day of April, 2010.

**HUNTER, HUMPHREY & YAVITZ, PLC**

By s/ Randy Yavitz
   Randy Yavitz
   Candess J. Hunter
   Isabel M. Humphrey
   Attorneys for Creditor Hunter Humphrey
    & Yavitz, PLC

COPY of the foregoing mailed
April 15th 2010 to:

All parties in interest listed on
The master mailing list on file with
This court.

_S. Mosbrucker_____

N:\Docs\LOOMIS, JOSEPH - Miscellaneous\Joinder in Loomis' opposition to relief from stay.doc