# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Joseph Charles Loomis | | |
| **Case Number:** | 2:10-bk-01885-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, APRIL 26, 2010 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY INTERSECTIONS INC.

**R / M #:**   42 / 0

## *Appearances:*

GERALD K. SMITH/JOHN SMITH/TIMOTHY MCELVOY, ATTORNEYS  FOR JOSEPH CHARLES LOOMIS
KEVIN KOBBE, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Kobbe reviewed the background of this matter and urged the Court to grant stay relief.

Mr. McElvoy opposed stay relief.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY TO PERMIT LITIGATION TO GO FORWARD IN THE VIRGINIA COURT LIMITED TO THE SOLE ISSUE OF WHETHER THERE WAS A SETTLEMENT OR NOT.  MOVANT IS DIRECTED TO UPLOAD A FORM OF ORDER AND NOTIFY DEBTORS COUNSEL BEFORE DOING SO.